

2001 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

12-27-2001

# Camden Cty Bd v. Beretta USA Corp

Precedential or Non-Precedential:

Docket 01-1051

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2001

Recommended Citation

"Camden Cty Bd v. Beretta USA Corp" (2001). *2001 Decisions.* Paper 300.
http://digitalcommons.law.villanova.edu/thirdcircuit_2001/300

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2001 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT


No. 01-1051



CAMDEN COUNTY BOARD OF CHOSEN FREEHOLDERS,

                              Appellant
                    v.

    *BERETTA, U.S.A. CORP.; PIETRO BERETTA; BROWNING ARMS CO.;
BRYCO ARMS, INC.; COLT'S MFG CO., INC.; DAVIS INDUSTRIES, INC.;
GLOCK, INC.; HI-POINT FIREARMS; H&R 1871 INC.; CARL WALTHER GMBH;
    LORCIN ENGINEERING CO., INC.; NAVEGAR, INC.; PHOENIX ARMS;
RAVEN ARMS, INC.; SMITH & WESSON CORP.; STURM, RUGER AND CO., INC.;
    FORJAS TAURUS, S.A.; REPUBLIC ARMS; JOHN DOE MANUFACTURERS
(1-100); JOHN DOE DEALERS (1-100); JOHN DOE DISTRIBUTORS (1-100)


        (*Amended in accordance with Clerk's Order dated 1/26/01)



    ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE
                    DISTRICT OF NEW JERSEY

            (Dist. Court No. 99-CV-2518 (JBS))
            District Court Judge: Jerome B. Simandle



            Argued September 5, 2001

    Before: SCIRICA, ALITO, and BARRY, Circuit Judges.
                _____

                ORDER AMENDING OPINION
                _____



        Per the direction of the Court, IT IS HEREBY ORDERED that the
slip
opinion in the above case, filed November 16, 2001, be amended as follows:
        1. On page 3, line 1, substitute the name "ANNE M. PATTERSON"
for the
name "ALAN E. KRAUS".

        2.  On page 3, line 20, replace ampersand between "Firearms" and
"H&R"

with  a comma and add  "& Browning Arms Co." after "H&R 1871, Inc.".

FOR THE COURT,


Clerk

DATED: December 27, 2001